IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DeSHAUN SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-09-061 |
| | § | |
| SEARS HOLDING CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

The initial work on this case will be controlled by the following schedule:

**Deadline**

1. **September 18, 2009**   The plaintiff must file any motion to remand based on jurisdictional amount.

2. **December 18, 2009**   The plaintiff's deposition will be taken and the medical records provided, and the parties will mediate.

3. **January 8, 2010**   A status conference will be held at 8:45 a.m. in Courtroom 11B, United States Courthouse, 515 Rusk, Houston, Texas, if the case has not settled.

SIGNED on August 31, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge